IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDICINOVA, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. ___________ |
| SANOFI S.A. and GENZYME CORPORATION, | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff MediciNova, Inc. ("MediciNova") by and through its undersigned counsel, hereby moves for an Order in the form attached hereto, authorizing MediciNova to file its Complaint under seal. In support of this Motion, MediciNova states as follows:

1. This is breach of contract action, in which MediciNova alleges that Defendants Sanofi S.A. and Genzyme Corporation (together, "Sanofi") breached a December 19, 2005 Assignment Agreement ("Assignment Agreement") by failing to pay the patent license royalties that Sanofi owes to MediciNova. By its terms, the Assignment Agreement is confidential. Because the Complaint excerpts the Assignment Agreement at length to explain the numerous ways that Sanofi has breached that contract, and because the Assignment Agreement is included as Exhibit A to the Complaint, MediciNova seeks leave to file the Complaint and exhibits under seal to avoid breaching the Assignment Agreement requirement that its terms remain confidential.

2. Because Sanofi has not yet been served with the Complaint, the parties have not had the opportunity to meet and confer to discuss what portions of the Complaint should remain redacted. As noted in the attached proposed Order, MediciNova will file a public version of the

Complaint within seven (7) days of the entry of appearance of Sanofi's counsel to allow for sufficient time to discuss the redaction of any confidential information.

WHEREFORE, MediciNova respectfully requests that the Court enter an Order, in the form attached hereto, granting MediciNova leave to file the Complaint under seal.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Parks L. Kingery (No. 7416)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
pkingery@ycst.com

*Counsel for Plaintiff MediciNova, Inc.*

Of Counsel:
Naikang Tsao (pro hac vice forthcoming)
FOLEY & LARDNER LLP
150 East Gilman Street
P.O. Box 1497
Madison, Wisconsin 53701-1497
(608) 258-4250
ntsao@foley.com

Dated: June 17, 2026