IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDICINOVA, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. ___________ |
| SANOFI S.A., and GENZYME CORPORATION, | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**[PROPOSED] ORDER**

The Court having considered Plaintiff MediciNova, Inc.'s Motion for Leave to File Complaint Under Seal;

IT IS HEREBY ORDERED this ____ day of June, 2026, that the Motion is GRANTED. Plaintiff shall file a public version of the Complaint and exhibits thereto within seven (7) days of Defendants' counsel's entry of appearance in this case.

_______________________________
UNITED STATES DISTRICT JUDGE